**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DONALD T. SCHLEICHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: 1:15-CV-00364-S-LDA |
| | ) |
| CVS PHARMACY, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Court's text order approving the parties' settlement agreement on March 1, 2017, Plaintiff Donald T. Schleicher and Defendant CVS Pharmacy, Inc., by and through their undersigned counsel, hereby stipulate to the DISMISSAL *WITH PREJUDICE* of the above-captioned case. The parties shall bear his or its own attorneys' fees, expenses, and costs.

Respectfully submitted, this 21st day of March, 2017.

| | |
|---|---|
| */s/ Stephen M. Katz*   with express permission | */s/ Todd M. Reed* |
| Stephen M. Katz (*admitted PHV*) | Todd M. Reed (#6602) |
| Georgia Bar No. 409065 | |
| **The Katz Law Group LLC** | **Littler Mendelson, PC** |
| 4799 Olde Towne Parkway | 2205 Financial Plaza |
| Marietta, Georgia 30068-4350 | Providence, RI  02903 |
| Telephone: (770) 988-8181 | Telephone: 401.824.2500 |
| Facsimile: (770) 988-8182 | Facsimile: 401.223.6408 |
| *smkatz@smk-law.com* | *treed@littler.com* |
| | |
| | James J. Swartz, Jr. |
| Sonja L. Deyoe | Georgia Bar No. 694319 |
| Law offices of Sonja L. Deyoe | jswartz@polsinelli.com |
| 395 Smith Street | Teeka K. Harrison (*admitted PHV*) |
| Providence, RI 08908 | Georgia Bar No. 543115 |
| sld@the-straight-shooter.com | *tharrison@polsinelli.com* |

Counsel for Plaintiff

**Polsinelli PC**
1201 West Peachtree Street, N.W., Suite 1100
Atlanta, GA 30309
Telephone: 404.253.60052
Facsimile: 404.253.6060

Counsel for Defendant CVS Pharmacy, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DONALD T. SCHLEICHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:15-CV-00364-S-LDA |
| | ) |
| CVS PHARMACY, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

| | |
|---|---|
| Stephen M. Katz | Sonja L. Deyoe |
| The Katz Law Group LLC | Law offices of Sonja L. Deyoe |
| 4799 Olde Towne Parkway | 395 Smith Street |
| Marietta, Georgia 30068-4350 | Providence, RI 08908 |
| *smkatz@smk-law.com* | *sld@the-straight-shooter.com* |

Counsel for Plaintiff


*/s/ Todd M. Reed*
Counsel for Defendant